UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

In re:

RULE 45 SUBPOENAS ISSUED to the ELLIOTT MANAGEMENT CORPORATION, PAUL SINGER and TERRY KESSEL,

Regarding the United States District Court for the Central District of California, Western Division case

Misc. No. __1:21-mc-47__

(Pending in the United States District Court for the Central District of California, Western Division, Case No. 2:20-cv-02299-CAS-SK)

JBF INTERLUDE 2009 LTD. -- ISRAEL,

       Plaintiffs,

  v.

QUIBI HOLDINGS, LLC, et al.,

       Defendants.

---------------------------------------------------

**NON-PARTIES ELLIOTT MANAGEMENT CORPORATION, PAUL SINGER, AND TERRY KASSEL'S: (1) MOTION TO QUASH THE SUBPOENAS FROM QUIBI HOLDINGS, LLC; AND (2) <u>UNOPPOSED MOTION TO TRANSFER</u> THE MATTER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Non-parties Elliott Management Corporation ("Elliott"), Paul Singer, and Terry Kassel, by and through their undersigned counsel, hereby moves: (1) pursuant to Rule 45(d) of the Federal Rules of Civil Procedure, to quash the subpoenas to testify at a deposition and produce documents issued on behalf of Quibi Holdings to Elliott, Mr. Singer and Ms. Kassel, seeking compliance in New York, (the "New York Subpoenas"); and (2) pursuant to Rule 45(f) of the Federal Rules of Civil Procedure to transfer this motion to quash the New York Subpoenas to the

-2-

issuing court, the United States District Court for the Central District of California.

Dated: January 19, 2021                        CROWELL & MORING LLP

                                           By: */s/ Rebecca Monck Ricigliano*
                                               Rebecca Monck Ricigliano
                                               RRicigliano@crowell.com
                                               590 Madison Avenue, 20th Floor
                                               New York, NY 10022
                                               Telephone:  212.223.4000

                                               OF COUNSEL:
                                               Valerie Goo (CA SBN 187334)
                                               VGoo@crowell.com
                                               Raija Horstman (CA SBN 277301)
                                               RHorstman@crowell.com
                                               515 South Flower Street, 40th Floor
                                               Los Angeles, CA 90071
                                               Telephone:  213.622.4750.

                                               Attorneys for Third Parties
                                               Elliott Management Corporation, Paul Singer
                                               and Terry Kassel