UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RULE 45 SUBPOENAS ISSUED to the ELLIOTT MANAGEMENT CORPORATION, PAUL SINGER and TERRY KESSEL,

Regarding the United States District Court for the Central District of California, Western Division case

JBF INTERLUDE 2009 LTD. -- ISRAEL,

   Plaintiffs,

 v.

QUIBI HOLDINGS, LLC, et al.,

   Defendants.

Misc. No. __1:21-mc-47__

(Pending in the United States District Court for the Central District of California, Western Division, Case No. 2:20-cv-02299-CAS-SK)

**DECLARATION OF REBECCA MONCK RICIGLIANO IN SUPPORT OF NON-PARTIES ELLIOTT MANAGEMENT CORPORATION, PAUL SINGER, AND TERRY KASSEL'S MOTION TO QUASH SUBPOENAS FROM QUIBI HOLDINGS, LLC AND UNOPPOSED MOTION TO TRANSFER**

  I, Rebecca Monck Ricigliano, declare as follows:

  1. I am a partner at the New York office of the law firm Crowell & Moring LLP, counsel for Elliott Management Corporation ("Elliott") and Elliott employees Paul Singer and Terry Kassel (the "Subpoenaed Non-Parties"), and am admitted to practice in the Southern District of New York District Court.

  2. I submit this declaration in support of the Subpoenaed Non-Parties': (1) Motion to Quash the third party subpoenas from Quibi issued to Elliott and two of its executives seeking compliance in New York, and (2) Unopposed Motion to Transfer the motion to the United States District Court for the Central District of California.

-2-

3.  Attached as Exhibit 1 to this declaration is a true and correct copy of the Declaration of Valerie Goo and exhibits A-I annexed thereto. Ms. Goo is a partner at Crowell & Moring, LLP and counsel to the Subpoenaed Non-Parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January 2021, in Union County, New Jersey.

*[signature]*
Rebecca Monck Ricigliano