# EXHIBIT 1

## DECLARATION OF VALERIE M. GOO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RULE 45 SUBPOENAS ISSUED to the ELLIOTT MANAGEMENT CORPORATION, PAUL SINGER and TERRY KESSEL,

Regarding the United States District Court for the Central District of California, Western Division case

JBF INTERLUDE 2009 LTD. -- ISRAEL,

    Plaintiffs,

v.

QUIBI HOLDINGS, LLC, et al.,

    Defendants.

Misc. No. 1:21-mc-47

(Pending in the United States District Court for the Central District of California, Western Division, Case No. 2:20-cv-02299-CAS-SK)

**DECLARATION OF VALERIE GOO IN SUPPORT OF NON-PARTIES ELLIOTT MANAGEMENT CORPORATION, PAUL SINGER, AND TERRY KASSEL'S MOTION TO QUASH SUBPOENAS FROM QUIBI HOLDINGS, LLC AND UNOPPOSED MOTION TO TRANSFER**

I, Valerie Goo, declare as follows:

1. I am a partner at the law firm Crowell & Moring LLP, counsel for Elliott Management Corporation ("Elliott") and Elliott employees Paul Singer and Terry Kassel (the "Subpoenaed Non-Parties").

2. I submit this declaration in support of the Subpoenaed Non-Parties': (1) Motion to Quash the third party subpoenas from Quibi issued to Elliott and two of its executives seeking compliance in New York, and (2) Unopposed Motion to Transfer the motion to the United States District Court for the Central District of California.

3. Attached as Exhibit A are true and correct copies of the Subpoenas to Testify at a Deposition In A Civil Action, each dated December 8, 2020, issued to Elliott, Mr. Singer, and Ms. Kassel. Each subpoena also requests production of documents.

4. Attached as Exhibit B is a true and correct copy of email correspondence between counsel of record for Elliott and counsel of record for Quibi relating to the subpoenas at issue in this motion.

5. Attached as Exhibit C is a true and correct copy of the complaint filed on March 9, 2020 in Case 2:20-cv-02250-CAS-SK pending in the Central District of California.

6. Attached as Exhibit D is a true and correct copy of the complaint filed on March 10, 2020 in Case 2:20-cv-02299-CAS-SK pending in the Central District of California.

7. Attached as Exhibit E are true and correct copies of the dockets for Case 2:20-cv-02250-CAS-SK and Case 2:20-cv-02299-CAS-SK, retrieved from the Central District of California's PACER system on January 18, 2021.

8. Attached as Exhibit F is a true and correct excerpt of Eko's First Supplemental Responses to Defendant's First Set of Requests for Production served on November 18, 2020.

9. Attached as Exhibit G is a true and correct copy of a NY Post article, that can be found at https://nypost.com/2020/05/04/elliot-management-funds-lawsuit-against-katzenbergs-quibi/.

10. Attached as Exhibit H is a true and correct copy of a NY Post article, that can be found at https://nypost.com/2020/06/16/jeffrey-katzenberg-resorting-to-unusual-tactics-to-avoid-quibi-suit/.

11. Attached as Exhibit I is a true and correct copy of the Notice of Subpoenas, dated December 4, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of January 2021, in Los Angeles, California.

_____
Valerie Goo